IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  14-cv-02603-JLK-KLM

ETHAN PACE,

    Plaintiff,

v.

BLANCO CARO, individually and in her official capacity, and
CITY OF COLORADO SPRINGS, COLORADO,

    Defendants.

---

**ORDER ON MOTION TO AMEND STIPULATED SCHEDULING AND DISCOVERY ORDER**

---

The parties' Joint Motion to Amend the Stipulated Scheduling and Discovery Order (Doc. 21) is GRANTED.  The operative Scheduling Order in this matter (Doc. 16) is modified as follows:

- Deadline for Joinder of Parties: **November 30, 2015**
- Deadline for Amendment to Pleadings: **November 30, 2015**
- The Parties shall designate all experts and provide opposing counsel and any *pro se* Parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before: **January 14, 2016**
- The Parties shall designate all rebuttal experts and provide opposing counsel and any *pro se* Party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before: **February 16, 2016**
- Discovery cut-off: **June 24, 2016**
- Dispositive Motions Deadline: **July 25, 2016**

Dated:  July 14, 2015                    **s/ John L. Kane**
                                                                     Senior U.S. District Judge