# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**CASE NO. 1:14-cv-02603-JLK**

ETHAN PACE,

      Plaintiff,

v.

BLANCO CARO, individually and in her official capacity;
CITY OF COLORADO SPRINGS, COLORADO,

      Defendants.

---

## ORDER

---

The Court, having reviewed the plaintiff's Stipulated Motion for Dismissal of Defendant Blanca Caro with Prejudice (Doc. 25), Pursuant to F.R.C.P. 41(a) and being otherwise duly advised, hereby ORDERS that all claims by Ethan Pace against Blanco Caro are dismissed <u>with prejudice</u>.

DATED this 6th day of November, 2015.

                            BY THE COURT:

                            */s/ John L. Kane*
                            John L. Kane
                            Senior U.S. District Court Judge