IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **1:14-cv-02603-JLK-MEH**

**ETHAN PACE,**

    Plaintiff,

v.

**CITY OF COLORADO SPRINGS, COLORADO,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

In light of the Stipulation for Dismissal with Prejudice (Doc. 27), filed November 30, 2015, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated:  November 30, 2015

                              BY THE COURT:

                              *s/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT